MOFFETT-WEST DRUG COMPANY, Respondent, v. CHAS. P. JOHNSON, Appellant.

Kansas City Court of Appeals, May 8, 1899.

Justices' Courts: SUFFICIENCY OF STATEMENT: JURISDICTION: VOID JUDGMENT. A statement set out in the opinion is held insufficient in an action before a justice of the peace.

*Appeal from the St. Clair Circuit Court.*—HON. J. H. LAY, Judge.

REVERSED.

JOHNSON & LUCAS for appellant.

The statement was and is insufficient to confer jurisdiction on the justice. Swartz v. Nicholson, 65 Mo. 508; Brashears v. Strock, 46 Mo. 221; Rosenburg v. Boyd, 14 Mo. App. 429; Nutter v. Houston, 32 Mo. App. 451; Hill v. Ore and Steel Co., 90 Mo. 103; McCrary v. Good, 74 Mo. App. 425; Reinhardt v. Kempf, 72 Mo. App. 646; Doggett v. Blanke, 70 Mo. App. 500.

ELLISON, J.—The plaintiff filed the following account before a justice of the peace:

"C. P. Johnson, Osceola, Missouri,
        To Moffett-West Drug Company, Dr.

9-2  To mdse.................... ..... ........51.88
 21  To mdse ........ .... ..... .......... .42.98
                                                      94.86"

The question made is as to its sufficiency to base an action upon. We think it is not sufficient. McCrary v

Good, 74 Mo. App. 425; Doggett v. Blanke, 70 Mo. App. 500; Brashears v. Strock, 46 Mo. 221; Swartz v. Nicholson, 65 Mo. 508; Weese v. Brown, 102 Mo. 299.

Reversed. All concur.